UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ajhaya Breshawna Hawkins,

          Plaintiff

v.

C. Johnson, et al.,

          Defendants

Case No. 2:26-cv-00228-CDS-EJY

**Order Accepting the Magistrate Judge's Report and Recommendation**

[ECF Nos. 1, 3]

Pro se plaintiff Ajhaya Breshwana Hawkins filed this lawsuit against Supervisory Leo C. Johnson, Ranger M. Tolentino, Ranger N. Peterson, National Park Service, alleging Fourth Amendment violations arising from her arrest and related events at the Lake Mead National Recreation Area. Compl., ECF No. 1-1. Because Hawkins applied to proceed *in forma pauperis*, ECF No. 1, the matter was referred to U.S. Magistrate Judge Elayna J. Youchah for screening under 28 U.S.C. § 1915(e)(2). Judge Youchah screened the complaint and issued a report and recommendation (R&R) that Hawkins's application to proceed in *forma pauperis* be denied as moot and that the complaint be dismissed with prejudice because no implied cause of action exists under *Bivens* to redress Hawkins's allegations. *See* R&R, ECF No. 3.

Hawkins had until June 2, 2026, to file any objections to the R&R. *Id.* (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). However, to date, Hawkins neither objected to the R&R nor requested more time to do so.

"No review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I

nonetheless reviewed the magistrate judge's findings and agree with the recommendations that the plaintiff's application to proceed in *forma pauperis* be denied as moot and that the plaintiff's complaint be dismissed with prejudice because no implied cause of action exists under *Bivens* to redress the plaintiff's allegations. Accordingly, I accept and adopt the R&R in full.

## Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is accepted in its entirety and adopted in full**, so this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the application to proceed in *forma pauperis* **[ECF No. 1] is denied as moot**.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: June 24, 2026

_____
Cristina D. Silva
United States District Judge

2